FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellant, v. FRED GROTH et al., Respondents.

Argued November 21, 1946; decided January 9, 1947.

*James P. O'Donnell* for appellant.

*Arthur J. Foley* for Fred Groth, respondent.

*William T. Welden* for Hamil Thompson and Richfield Springs Fire Department, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.